No. 05–7047. DEERING v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–7049. DENTON v. O'BRIEN, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05–7051. PRICE v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 05–7054. HENRY ET AL. v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7055. PORTEE v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–7057. JUAREZ-CORONA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7061. RAMIREZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–7062. RIVAS-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7063. SMITH v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 05–7073. WHITE v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 05–219. NATIONAL ALTERNATIVE FUELS ASSN. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–405. NORFOLK SOUTHERN RAILWAY CO. v. SCHUMPERT. Ct. App. Ga. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04–1571. OKAMOTO, DBA SUPREME AUTO LEASING v. BANK WEST CORP., *ante*, p. 818;
No. 04–1621. MORTERS v. BARR ET AL., *ante*, p. 820;
No. 04–9928. SMITH v. RUDICEL ET AL., *ante*, p. 831;
No. 04–10116. CONIC v. MICHIGAN, *ante*, p. 837;